UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:18-CR-81-REW-MAS |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| IONUT CIOBANU, | ) | |
| MARIUS-DORIN CERNAT, | ) | |
| ALEXANDRU ION, | ) | |
| ȘTEFAN-ALEXANDRU PĂIUȘI, | ) | |
| EUGEN-ALIN BADEA, | ) | |
| ADRIAN MITAN, | ) | |
| FLORIN ARVAT, | ) | |
| ALIN-IONUȚ DOBRICĂ, | ) | |
| AUSTIN EDWARD NEDVED, and | ) | |
| ANDREW GILBERT YBARRA II, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The United States moves to continue all nine sentencings currently scheduled in this matter (as well as Defendant Mitan's sentencing on the charges in this matter and others, scheduled in related Case No. 0:18-CR-5-REW, at ECF No. 87). DE 546 (Motion). The Court, for the motion-stated reasons, finds the requested continuances appropriate and necessary. Accordingly, the Court **ORDERS** as follows:

1.      The Court **GRANTS** DE 546;

2.      The Court **CONTINUES** Defendant Ciobanu's sentencing to July 29, 2020, at 10:30 a.m. in Lexington;

3.      The Court **CONTINUES** Defendant Cernat's sentencing to July 29, 2020, at 1:30 p.m. in Lexington;

4.  The Court **CONTINUES** Defendant Ion's sentencing to July 30, 2020, at 10:30 a.m. in Lexington;

5.  The Court **CONTINUES** Defendant Paiusi's sentencing to July 30, 2020, at 1:30 p.m. in Lexington;

6.  The Court **CONTINUES** Defendant Badea's sentencing to July 31, 2020, at 10:30 a.m. in Lexington;

7.  The Court **CONTINUES** Defendant Mitan's sentencing to July 31, 2020, at 1:30 p.m. in Lexington;

8.  The Court **CONTINUES** Defendant Arvat's sentencing to August 3, 2020, at 10:30 a.m. in Lexington;

9.  The Court **CONTINUES** Defendant Dobrica's sentencing to August 3, 2020, at 1:30 p.m. in Lexington;

10. The Court **CONTINUES** Defendant Nedved's sentencing to August 4, 2020, at 10:30 a.m. in Lexington;

11. The Court **CONTINUES** Defendant Ybarra's sentencing to August 4, 2020, at 1:30 p.m. in Lexington;

12. The Court **GRANTS** DE 545; DE 546 is properly sealed; and

13. The Court **DIRECTS** the Clerk to file a copy of this Order in 0:18-CR-5 to reflect the Court's modification of the sentencing schedule in that matter.

The United States represents that counsel for Defendants Cernat, Ion, Paiusi, Arvat, Dobrica, and Nedved concur with the request. *See* DE 546. Again, the Court, for the motion-stated reasons, finds a continuance of all Defendants' sentencings necessary and appropriate. Nonetheless, any

impacted Defendant seeking an expedited sentencing **may** file a motion detailing the basis for the request.

This the 2nd day of March, 2020.

Signed By:

*Robert E. Wier*

**United States District Judge**